```
        IN THE UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  WESTERN DIVISION
```

**HOLLADAY BROADCASTING**
**OF LOUISIANA, L.L.C**                                          **PLAINTIFF**

**V.**                       **CIVIL   ACTION NO. 5:11-cv-128-DCB-RHW**

**DEBUT BROADCASTING**
**MISSISSIPPI, INC.**                                            **DEFENDANT**

### ORDER SETTING HEARING

This matter comes before the Court on the Plaintiff's Motion for Default Judgment [docket entry no. 13]. After reviewing said motion, responses thereto, and applicable statutory and case law, the Court will hold a hearing regarding the Plaintiff's Motion for Default Judgment on November 22, 2011 at 1:30 p.m. in courtroom 6B in the United States Courthouse in Jackson, Mississippi, and if necessary, thereafter will hold a hearing pursuant to Mississippi Code Annotated § 11-37-131 regarding the Plaintiff's Petition for Replevin.

**SO ORDERED AND ADJUDGED,** this the _17th_ day of November 2011.


                              ____/s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE